**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

SILENTSEAS S.A.,

Plaintiff,

-against-

WILLIAM M. PINZLER, ESQ.,

Defendant.

-------------------------------------------------------------------x

Case No.: 1:24-cv-02401

**JUDGMENT**

WHEREAS, by Opinion and Order dated October 27, 2026 (ECF No. 27), the Court granted Plaintiff SilentSeas S.A.'s motion for summary judgment against Defendant William M. Pinzler on Plaintiff's claim for breach of contract; and

WHEREAS, the Court determined that Defendant failed to return the $899,576.00 in escrow funds owed to Plaintiff pursuant to the parties' Amended Escrow Agreement.

NOW, WHERFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff SilentSeas S.A. and against Defendant William M. Pinzler in the principal amount of $899,576.00.

2. Plaintiff is awarded prejudgment interest pursuant to N.Y. C.P.L.R. §§ 5001 and 5004, at the rate of nine percent (9%) per annum, calculated on a simple-interest basis from December 27, 2023, through November 12, 2026, in the amount of $233,125.73, and a rate of $221.81 per day thereafter until judgment is entered.

3. The total amount of this Judgment (principal, plus pre-judgment interest) shall bear post-judgment interest from the date of entry until payment in full at the rate prescribed by 28 U.S.C. § 1961.

4. The Clerk of Court is directed to enter this Judgment.

Dated: November 16, 2026

Vernon Broderick

HON. VERNON S. BRODERICK
United States District Judge